903 F.Supp. 532 (1995)
The STATE OF NEW YORK, by Attorney General Dennis C. VACCO, et al., Plaintiff,
v.
REEBOK INTERNATIONAL LTD., et al., Defendants.
No. 95 Civ. 3143 (JGK).
United States District Court, S.D. New York.
October 20, 1995.
Pamela Jones Harbour, Joseph Opper, Linda J. Gargiulo, Assistant Attorneys General, New York City, for State of New York and local counsel for plaintiff states.
David A. Martland, Hutchins, Wheeler & Dittmar, Boston, MA, for Reebok International Ltd. et al.

OPINION AND ORDER
KOELTL, District Judge.
Fifty States, the District of Columbia, the Commonwealth of Puerto Rico, and The Virgin Islands (the "States") have brought this action on their own behalf and as parens patriae on behalf of their residents to obtain *533 monetary and equitable relief under federal and state antitrust laws. The defendants in this action are Reebok International LTD. ("Reebok"), a Massachusetts corporation, and its wholly-owned subsidiary, The Rockport Company ("Rockport"). These companies manufacture and distribute Reebok and Rockport brand footwear to dealers located throughout the United States, Puerto Rico, and the Virgin Islands.
The States have entered into a settlement with the defendants pursuant to a Settlement Agreement which is subject to court approval under 15 U.S.C. § 15c(c). The Court preliminarily approved the Settlement on June 5, 1995.
Following preliminary approval, notice of the Settlement was given to affected consumers by nationwide publication during the period from July 9-14, 1995. Consumers were advised of the existence and terms of the proposed Settlement and were given the opportunity to request further detailed information relating to the terms and disposition of the Settlement. Affected consumers were apprised of their right to either exclude their claims ("opt out" provision) or to object to the terms of the Settlement by September 8, 1995.[1] Presently before the Court is the joint motion of all parties for final approval of the Settlement.
The States' Complaint alleges that the Reebok and Rockport companies participated in a conspiracy to fix, raise, maintain, or stabilize the retail prices at which certain Reebok and Rockport brand products were sold to the public.
The Complaint alleges that beginning in 1990, the defendants solicited agreements with dealers to set the minimum sale price for certain Reebok and Rockport products. In alleged furtherance of that conspiracy, defendant Reebok implemented its "Centennial Pricing Policy" in January 1993, which set forth minimum retail prices on certain of its Reebok brand footwear, including the highly promoted "Prestige" products. In July 1993, defendant Rockport instituted a similar pricing policy, entitled the "Marathon Program," which set forth minimum retail prices for certain Rockport brand footwear models. The Complaint further alleges that to effectuate these pricing policies, the defendants met with certain of their large retail accounts to discuss the terms and conditions of the policies and solicited and obtained agreements from these dealers not to advertise or sell below the minimum retail prices set forth in those policies. The Complaint alleges that Reebok and Rockport sales representatives monitored the retail prices at which Reebok and Rockport dealers advertised and sold certain products. When Reebok and Rockport representatives discovered that certain dealers were selling certain products at prices lower than the minimum retail prices set by the policies, these sales representatives solicited and obtained agreements from dealers to raise the selling prices to conform to the minimum prices Reebok and Rockport established.
The States assert that as a result of the resale price maintenance conspiracy, the purchase prices of certain Reebok and Rockport footwear products were fixed, raised, maintained, or stabilized at artificial, noncompetitive levels and that price competition among authorized dealers for the sale of Reebok and Rockport products to the public was thereby *534 restrained. The States maintain that as a result of this conspiracy, purchasers of certain Reebok and Rockport products paid more for these products than they would have paid in a competitive market.
The plaintiffs have submitted the affidavit of Dr. Gary J. Dorman, an expert economist, in support of the Settlement. Dr. Dorman estimates that approximately 1,343,978 pairs of Reebok shoes were most affected by the Centennial Policy during the Reebok class damage period, January 1, 1993 thorough December 31, 1993, resulting in an average overcharge of $3.89 per pair, for a total of $5.2 million. (Dorman Aff. ¶¶ 15-17.) The Marathon policy during the Rockport class damage period of July 1, 1993 through December 31, 1993 most affected approximately 321,800 pairs of Rockport shoes at an average overcharge of $3.77 per pair for damages of $1,213,186. (Id. at ¶ 19.) The total damages asserted in the evidence by the plaintiffs is $6.44 million. (Id. at ¶ 21.)
The defendants vigorously contest liability and assert that if this case went to trial, the plaintiffs would be unable to establish violations of the antitrust laws. Moreover, the defendants contend that the plaintiffs would be unable to establish that the policies in question had an actual market impact. The defendants point to factors such as the fact that when the disputed Reebok policies went into effect the average price for Reebok products covered by the disputed policy fell while the prices of certain non-Reebok products rose. While the same data is not available for Rockport, the defendants' expert economist Dr. Jerry A. Hausman concluded in his affidavit that "any impact resulting from the Rockport pricing policy was also likely to be negligible." (Hausman Aff. at ¶ 8.)
The Settlement Agreement requires the defendants to pay the plaintiffs $9.5 million, of which $8 million will be used for distribution in lieu of direct consumer restitution and $1.5 million will be used to cover costs of administration and attorneys' fees, including the cost of the published notice to the class of the proposed settlement.
The Settlement Agreement requires Reebok to pay $8 million into a Settlement Account which will be used to fund a distribution in lieu of consumer restitution. The States participate in the Settlement Account on a pro rata basis based on the percentage of the United States population located in each State. Each State may elect to receive its pro rata share of this sum as a monetary payment or in Reebok products. Arizona and Puerto Rico have elected to receive their share of the Settlement distribution in Reebok products and, according to the Settlement Agreement, will receive products with a suggested retail price twice the amount they would have received in a monetary distribution. The remaining States will receive a monetary distribution for public and non-profit and/or charitable organizations with express conditions ensuring that the funds will be used for various athletic facilities, equipment, or services.
In connection with the approval of the Settlement, each of the States has submitted to the Court a detailed plan for distribution of its share of the Settlement fund. For example, the $560,857.00 that the State of New York will receive will be divided among 58 separate organizations including the Association for Children with Down Syndrome, the New York State Special Olympics, and numerous Boys and Girls Clubs and Police Athletic Leagues throughout the State. The organizations must in turn submit quarterly reports outlining how the funds have been spent in accordance with the limitations on use in the Settlement Agreement.
The State of California, for another example, proposes distributing approximately $360,000 to refurbish or renovate fields, basketball courts, tracks, and tennis courts operated by various public and non-profit, charitable entities, including municipal tennis courts; $100,000 to be used by the Governor's Council on Physical Fitness, a non-profit, voluntary agency organized under state law that is responsible for administering sports programs for high schools throughout California; and approximately $440,000 to be used by the California Interscholastic Federation ("CIF"), a non-profit voluntary agency organized under state law that administers sports programs throughout the state. In compliance with the terms of *535 the Settlement Agreement and subject to approval of the California Attorney General, CIF would distribute the funds to schools, city parks and recreation departments, and other community youth groups.
The Settlement also provides for substantial equitable relief. Reebok agrees to an injunction providing that for five years it will not violate specified provisions of the antitrust laws and it will notify its dealers that they are free to advertise and price Reebok products independently at whatever level they choose.
15 U.S.C. § 15c(c) requires court approval of the settlement of a parens patriae antitrust suit, but it does not specify the standards required for approval. Courts generally look to the standards used in approving class action settlements under Rule 23(e) of the Federal Rules of Civil Procedure. A settlement will be approved it if is fair, reasonable, and adequate. See State of New York ex rel. Koppell v. Keds Corp., No. 93-6708, 1994 WL 97201 (S.D.N.Y. Mar. 21, 1994) (standards for approving parens patriae antitrust settlements); States of New York and Maryland, et al. v. Nintendo of America, Inc., 775 F.Supp. 676, 680 (S.D.N.Y.1991) (same); In re Panasonic Consumer Electronics Antitrust Litig., No. 89-0368, 1989 WL 63240, at *2 (S.D.N.Y. June 5, 1989) (same); Maywalt v. Parker & Parsley Petroleum Co., 67 F.3d 1072, (2d Cir.1995) (standards for approving class action settlements); Weinberger v. Kendrick, 698 F.2d 61, 73 (2d Cir.1982), cert. denied sub nom. Lewy v. Weinberger, 464 U.S. 818, 104 S.Ct. 77, 78 L.Ed.2d 89 (1983) (same).
In assessing the fairness of a settlement, courts consider whether the settlement was the result of good-faith bargaining at arms-length by experienced counsel, and whether there is any evidence of collusion. See Maywalt v. Parker & Parsley Petroleum Co., 864 F.Supp. 1422 at 1427, (S.D.N.Y.1994) aff'd, 67 F.3d 1072, (2d Cir.1995); Keds, 1994 WL 97201, at *2; In re Panasonic, 1989 WL 63240, at *2; Nintendo, 775 F.Supp. at 680-81; City of Detroit v. Grinnell Corp., 495 F.2d 448, 463-66 (2d Cir.1974).
Here, both the States and the defendants are represented by vigorous, competent, and experienced counsel. While the parties have settled this lawsuit at the outset, this settlement was the result of a thorough investigation. The States advised the Court in their papers and at oral argument that the Settlement Agreement dated April 25, 1995 was reached only after an intense two-year investigation that began in February 1993. This investigation included reviewing documents produced pursuant to subpoenas to the defendants and dealers throughout the country, as well as interviews and statements under oath. There is in fact no hint of collusion in this case. In addition, all counsel believe that the Settlement is fair and reasonable. The Court finds that the Settlement Agreement was reached as a result of good faith, arms-length bargaining, without collusion. Such findings support a presumption that the settlement is fair. See Weinberger, 698 F.2d at 74 (lack of evidence of collusion, experience of counsel, and extensive discovery preceding settlement "are important indicia of the propriety of settlement negotiations"); Maywalt, 864 F.Supp. at 1427 (finding settlement is fair given experience of counsel, substantial discovery, and no evidence of bad faith); Keds, 1994 WL 97201, at *2 (upholding settlement given good-faith bargaining between experienced counsel and "intense and extended" negotiations); Nintendo, 775 F.Supp. at 680-81 (deeming settlement fair because it was reached "only after spirited arms-length negotiations by the parties"); In re Panasonic, 1989 WL 63240, at *2 (settlement agreements can be presumed faith if they are the result of good faith arms-length negotiations and the Court sees no indications of collusion).
To determine whether a settlement is reasonable and adequate, a court must consider the following factors:
(1) the relative strength of the plaintiffs' case on the merits; (2) the existence of any difficulties of proof or strong defenses the plaintiffs are likely to encounter if the case goes to trial; (3) the anticipated duration and expense of additional litigation; (4) the solvency of the defendants and the likelihood *536 of recovery on a litigated judgement; and (5) the degree of opposition to the settlement.
Keds, 1994 WL 97201, at *2; Nintendo, 775 F.Supp. at 681. As in Keds, each of these factors, with the exception of the fourth, argues strongly for approval of the settlement. Id.
If this case did not settle, it would drag on for years as the parties conducted discovery throughout the country. Attorneys' fees would escalate exponentially and could potentially reduce the amounts that the defendants would pay in settlement. The trial would be lengthy and complex because of the nationwide scope of the alleged activities.
While the plaintiffs assert they have a strong case, the defendants deny that the facts and the law would permit recovery. In particular, the defendants contend that there was no coercion in this case and that, in any event, the pricing policies at issue did not have an effect on prices. The defendants rely on the permissible scope of conduct under cases such as United States v. Colgate & Co., 250 U.S. 300, 39 S.Ct. 465, 63 L.Ed. 992 (1919), and Monsanto Co. v. Spray-Rite Serv. Corp., 465 U.S. 752, 104 S.Ct. 1464, 79 L.Ed.2d 775 (1984). "Under Colgate, the manufacturer can announce its resale prices in advance and refuse to deal with those who fail to comply. And a distributor is free to acquiesce in the manufacturer's demand in order to avoid termination." Monsanto, 465 U.S. at 761, 104 S.Ct. at 1469. The fact that the retailer conformed to the manufacturer's suggested price is not proof that the manufacturer unlawfully "agreed" with a retailer on the prices the retailer would charge. See id. at 764 n. 9, 104 S.Ct. at 1471 n. 9 ("The concept of a `meeting of the minds' or `a common scheme' in a distributor-termination case includes more than a showing that the distributor conformed to the suggested price."); The Jeanery, Inc. v. James Jeans, Inc., 849 F.2d 1148, 1154 (9th Cir.1988); Isaksen v. Vermont Castings, Inc., 825 F.2d 1158, 1164 (7th Cir.1987), cert. denied, 486 U.S. 1005, 108 S.Ct. 1728, 100 L.Ed.2d 193 (1988). As Judge Posner has explained:
[T]he mere fact of adherence to suggested retail prices does not establish agreement to adhere to them. If adherence alone could prove an agreement to adhere, the Colgate privilege  which allows a supplier to "coerce" the dealers' adherence by threatening to cut him off if he doesn't adhere, and which was strongly reaffirmed in Monsanto ... would be nugatory.... If a manufacturer distributes a price list, together with an announcement that he will cut off dealers who sell below the list prices, and dealers adhere to those prices because they don't want to be cut off, there is a realistic sense in which the threat of termination has induced the dealers to agree not to cut prices  to agree, in other words, to fix prices. That is the argument against Colgate. Monsanto rejects it.
Isaksen, 825 F.2d at 1164.
The States' case, therefore, would necessarily be risky, and, in any event, would require lengthy and expensive discovery and trial. As Judge Haight explained in approving the settlement in the Keds case, in words which are equally applicable here:
In the case at bar, [the defendant] has contended from its inception that its suggested retail pricing policy, with only the most limited exceptions, constituted unilateral and consequently lawful conduct under Colgate and its progeny. Plaintiffs would have to show otherwise. They would have to prove illicit agreements on a state-by-state and retailer-by-retailer basis. The hydra-headed litigation would be complex and costly and its outcome (or outcomes) by no means certain. There are also difficult questions in respect of the quantification of damages.
1994 WL 97201, at *3.
Balanced against these difficulties is the substantial amount of the Settlement here. Even subtracting the substantial costs of administration, the $8.0 million settlement fund is in excess of the actual damages estimates by the plaintiffs' expert economist.
Finally, as Judge Haight commented in Keds, the method of distribution in this case is "pragmatic and sensible in the circumstances." 1994 WL 97201, at *3; see also State of New York v. Dairylea Cooperative, Inc., No. 81-1891, 1985 WL 1825, at *2 *537 (S.D.N.Y. June 26, 1985) (determining that an "appropriate and realistic distribution" of settlement sum involving alleged overcharging for milk is the dispersion of funds to schools for nutritional purposes). Indeed, the method of settlement is utterly fair. Unlike cases where there are warranty cards returned by consumer class or other similar documentation, it would be difficult in this case to locate individual purchasers. See, e.g., Keds, 1994 WL 97201, at *3 (noting that it would be "difficult if not impossible to trace individual consumers" given the absence of warranty cards). The class covered by the settlement consists of purchasers of Reebok and Rockport footwear for the period January 1, 1990 to December 31, 1994, although the States maintain that they have only found evidence of sporadic instances with little or no effect on prices except for the two pricing policies and class damage periods described above, and even in those damage periods, only a fraction of the shoes actually sold, according to the plaintiffs' economist, were sold at artificially inflated prices. Thus, the number of potential consumers would be in the millions, although those who were actually affected would be a smaller number but still, as explained above, very substantial.
The amount of the potential overcharge is so small as to undercut the incentive of individual consumers to attempt to obtain a refund and would dramatically increase the costs of administering any settlement. See Dairylea, 1985 WL 1825, at *1 (finding that it would be disproportionately expensive to return monies through devices like sworn claim forms). Indeed, the actual administrative cost of processing claims and mailing out refund checks is estimated to be about $2.47 per claim. (MacGregor Aff. ¶ 16.) Moreover, the potential for fraudulent claims is enormous because there are no warranty cards and no other reasonable methods of assuring that the products for which a refund is sought were actually purchased during the damage period. The distribution method here serves the general public interest, the interests of the plaintiffs and the consumers, and the public interests of disgorgement and deterrence. The distribution procedure included in the Settlement Agreement is thus fair, reasonable, and adequate.[2]
The lack of opposition to the settlement also supports its approval. See Keds, 1994 WL 97201, at *3 ("paucity of objections ... militates in favor of the settlements"). The number of oppositions could best be described as minuscule. Out of the millions of potential consumers, only 611 class members opted out of the settlement, 209 class members registered informal objections, and only 13 others filed formal objections. These objections, which primarily seek personal refunds, do not raise any grounds that lead the Court to conclude that the settlement is not fair, reasonable, and adequate.
Attorneys representing plaintiffs in class actions in Florida, which raise similar claims to those in this case, appeared at the settlement hearing. Although the notice in this case required any objections to be filed by September 8, 1995, and neither the attorneys nor their clients raised such objections by that time, the Court heard the objections in order to determine whether there were valid objections to the settlement. Similarly, the Court received an objection dated October 12, 1995 from counsel representing plaintiffs *538 in actions filed in Alabama, Georgia, and New York. Each of the actions appear to have been filed after the Settlement Agreement in this case was entered into. These objections, like those individual objections mentioned above, object to the adequacy of the Settlement and in particular urge that the Court should establish a method of individual refunds. The Court has in fact considered these objections and, for the reasons already explained, finds that individual refunds would be impractical, that the method of distribution in the Settlement Agreement is fair, reasonable, and adequate, and that it will accomplish the purposes of the antitrust laws in a way which any effort at individual refunds  which would not only be impractical but would be consumed in the costs of its own administration  would not.[3]
Therefore, the Settlement is approved. Separate orders are being entered approving the Settlement Agreement and entering the Final Judgment and Consent Decree.
SO ORDERED.

ORDER
The Court having considered the Settlement Agreement between the Plaintiff States and Defendants Reebok International Ltd., and The Rockport Company, Inc., the Joint Motion for Approval of the Settlement Agreement, the Plaintiffs' and Defendants' Memoranda in Support of the Joint Motion for Final Approval and the attachments thereto, the other pleadings previously filed in this action, and the Court having held a hearing on said motion on October 13, 1995, and having duly considered the objections to the Settlement Agreement, and having excluded from the Settlement those individuals, whose names are listed in Attachment A hereto, who have expressly opted-out of the Settlement Agreement, the Court finds that the Settlement Agreement is fair, reasonable and adequate and it is therefore this 20th day of October 1995,
ORDERED that the Settlement Agreement is approved by the Court, and it is further
ORDERED that the parties are authorized to direct that payments be made from the Settlement Account in accordance with the Settlement Agreement.

 ATTACHMENT A
 ATTACHMENT A
 Reebok Opt Outs 9/20/95
Decision Last Name First Name Address City State Zip Code
 Opt Out Berger Carl Box 2021 Bethel AK 99559
 Opt Out Robart Scott 627 W. 20th Ave. Anchorage AK 99503
 Opt Out Dooley Michael 126 Scenic Drive Madison AL 35758
 Opt Out McCulloch James 714 Cleermont Drive Huntsville AL 35801
 Opt Out Notermann Margaret 4002 Telstar Cr. SW Huntsville AL 35805
 Opt Out Pounds Joe 8800 Earl Fields Circle Northport AL 35476
 Opt Out Rutland Lynwood 412 John C. Wells Rd. Daleville AL 36322
 Opt Out Shafmaster Al 2024 Mem. Pky., Apt F6 Huntsville AL 35810
 Opt Out Bell Jerry 1828 Parkshore Drive, # 4 Fayetteville AR 72703
 Opt Out Bastian J. Wallace 725 Kopavi Trail Prescott Valley AZ 86303
 Opt Out Clark Jeffrey ASPC-1F/Central Unit, Florence AZ 85232
 PO Box 8200
 Opt Out Dellinger Roger 11209 N. 27th Place Phoenix AZ 85028
 Opt Out Ellis Holly 4872 Judy Circle Prescott Valley AZ 86314
 Opt Out Lindenfeld Stan 1107 E. Greenlee Pl. Tuscon AZ 85719
 Opt Out Merrell John 1550 7th Avenue Yuma AZ 85364
 Opt Out Patrick Vernon 17222 N. Central, Suite 371 Phoenix AZ 85022
 Opt Out Salahuddin Khalid 4505 So. Hardy Dr. # 2182 Tempe AZ 85282
 Opt Out Swenson Kenneth 8265 East Southern, # 112 Mesa AZ 85208
 Opt Out Weiss David P.O. Box 41392 Tuscon AZ 85717

*539
Decision Last Name First Name Address City State Zip Code
 Opt Out Albrektson Kathy 619 W. Dover Drive San Bernardino CA 92407
 Opt Out Albrektson Ray 619 W. Dover Drive San Bernardino CA 92407
 Opt Out Armsbeiry Roberta 1515 Salano Ave Vallejo CA 94590
 Opt Out Barnes Jean 610 South 37th Street # 16 Richmond CA 94804
 Opt Out Barrett Crystal 315 Grove Avenue Richmond CA 94801
 Opt Out Booker Richard 227 S. Hamel Drive Beverly Hills CA 90211
 Opt Out Brown Michael 435½ Visation Ave Brisbane CA 94005
 Opt Out Cebula Dennis 718 Missouri Vacaville CA 94533
 Opt Out Chaldez Susan 12317 E. 222nd St, # B Hawaiian Gardens CA 90716
 Opt Out Coleman Deirdre 417 Liberty St. El Cerrito CA 94530
 Opt Out Cruz Clifford 112 Royal Court Vallejo CA 94591
 Opt Out Duvcon Edward 4149 Raya Way San Diego CA 92122
 Opt Out Dzuro Ellie 945 Ward Drive, Space 184 Santa Barbara CA 93111
 Opt Out Dzuro Paul 945 Ward Drive, Space 184 Santa Barbara CA 93111
 Opt Out Ellis Frederick 2625 Alcatraz # 227 Berkeley CA 94705
 Opt Out Franco Tony 814 James Towne Road Savannah CA 31419
 Opt Out Garfield James 2576 S. Sepulveda Los Angeles CA 90064
 Opt Out Grover Jeanette 13353 Oro-Quincy Berry Creek CA 95916
 Opt Out Grover Mark 13353 Oro-Quincy Berry Creek CA 95916
 Opt Out Hassett Terri 4520 Randy Avenue Bakersfield CA 93309
 Opt Out Hendricks Terence 2769 Elks Way Napa CA 94558
 Opt Out Jensen Carl 8177 El Rancho Drive Cotati CA 94931
 Opt Out Kaplan Walter 6417 Wynkoop St. Los Angeles CA 90045
 Opt Out Kato Janice 544 Madison St. Albany CA 94706
 Opt Out Kato Jiro 544 Madison St. Albany CA 94706
 Opt Out Kato Nancy 544 Madison St. Albany CA 94706
 Opt Out Kato Kiyo 544 Madison St. Albany CA 94706
 Opt Out Kennedy James HC 2 2000 Frazier Park CA 93225
 Opt Out Kennedy Lynne HC 2 2000 Frazier Park CA 93225
 Opt Out Kinoshita Michael 430 Foxborough Drive Mountain View CA 94041
 Opt Out Little Robert 3601 Bernwood Place, # 70 San Diego CA 92130
 Opt Out Mason Albert 428 Consuelo Drive Santa Barbara CA 93110
 Opt Out Matula Maria 9535 Gregory Street La Mesa CA 91942
 Opt Out Melton James PO Box B-37187 SQ CA 94974
 Opt Out Neenan John 4799 Williams Road San Jose CA 95129
 Opt Out Neja Paul 1354 Ramsay Circle Walnut Creek CA 94596
 Opt Out Oswald R.W. 1759 Limewood Court Concord CA 94521
 Opt Out Parnell Roger 47 Ceres Circle Chico CA 95926
 Opt Out Pepin Alfred 574 Yellowstone Drive Vacaville CA 95687
 Opt Out Pierscinski L. Casimir 1710 Potrero Way Sacramento CA 95822
 Opt Out Pillow Patricia 11291 Casa Street Ventura CA 93004
 Opt Out Pillow Richard 11291 Casa Street Ventura CA 93004
 Opt Out Pon Pamela 355 Monticello Street San Francisco CA 94132
 Opt Out Ross Marvelle 12932 Homeridge Lane Chino Hills CA 91709
 Opt Out Scott J. 544 Madison St. Albany CA 94706
 Opt Out Shukid Yatri 10492 Park Villa Circle Villa Park CA 92667
 Opt Out Shukid P.K. 10492 Park Villa Circle Villa Park CA 92667
 Opt Out Thompson Jerry # XXXXX-XXX, 3901 Klein Bl. Lompoc CA 93436
 Opt Out Waldon Bessie 437 Michigan Ave. Berkeley CA 94707
 Opt Out Waldon Donald 437 Michigan Ave. Berkely CA 94707
 Opt Out Weist R.R. 1166 Palormeno Road Santa Barbara CA 93105
 Opt Out Wilkin Gene 11 Villa Court San Luis Obispo CA 93401
 Opt Out Wilmot Charles 815 Woodrow Avenue Bakersfield CA 93308
 Opt Out Baumgartner Joseph L. P.O. Box 1371 Elizabeth CO 80107
 Opt Out Boggs Matthew T. P.O. Box 24 Parker CO 80134
 Opt Out Boggs Robert P.O. Box 1371 Elizabeth CO 80107
 Opt Out Brown Debra 9600 E. Girard Ave., Apt. 8P Denver CO 80231
 Opt Out Carey Carolyn 1345 South Milwaukee Street Denver CO 80210
 Opt Out Hamdeh Daniel 6219 Kearney Commerce City CO 80022
 Opt Out Hamdeh Margie 6219 Kearney Commerce City CO 80022
 Opt Out Shuman Billy 767 Monaco Parkway Denver CO 80220
 Opt Out Shuman Jeane 767 Monaco Parkway Denver CO 80220
 Opt Out Atterberry Gregory 131 Carey Avenue Meriden CT 06451
 Opt Out Caruso Charles 65 Hale Lane Darien CT 06820
 Opt Out Chiriboga Carlos Box 116 East Granby CT 06026
 Opt Out Chiriboga Susan Box 116 East Granby CT 06026
 Opt Out Connair Stephen 3 Winchester Road East Lyme CT 06333
 Opt Out Griffiths Brian J. 202 Westford Hill Rd. Ashford CT 06278
 Opt Out Griffiths Lisa Marie 202 Westford Hill Rd. Ashford CT 06278
 Opt Out Hogfeldt Vic 87 Fairview Avenue West Haven CT 06516
 Opt Out Kahn Jerome 53 Gallows Hill Road West Redding CT 06896
 Opt Out Pacukonas Richard 16 Irene Drive Vernon CT 06066
 Opt Out Von Kohorn Robert 10 Gerardo Drive Monroe CT 06468

*540
Decision Last Name First Name Address City State Zip Code
 Opt Out Cherrington Stephen 4439 Albemarle Street, NW Washington DC 20016
 Opt Out Robles Cherisse 1500 Mass. Ave., NW # 523 Washington DC 20005
 Opt Out Onyango Samuel 1113 S. Dolton Ct. Wilmington DE 19810
 Opt Out Aspinwell Glen 18421 Orangecrest Drive Lehigh Acres FL 33936
 Opt Out Barker June 2012 Golfview Ct. Ft. Pierce FL 34950
 Opt Out Blessitt Arthur PO Box 4737 North Fort Myers FL 33918
 Opt Out Boanny John 23213 Billings Avenue Port Charlotte FL 33954
 Opt Out Bookbinder Jay 100 NE 105th Street Miami FL 33138
 Opt Out Brown Frieda 9206 SW 97 Ave. Miami FL 33176
 Opt Out Curry Pamela 512 Century Oak Court Lakeland FL 33813
 Opt Out Douglas Leon c/o CCDC, PO Box 3125 Lake City FL 32056
 Opt Out Drolle J.M. 5823 Sunshine Park Drive New Port Richey FL 34652
 Opt Out Etheridge Oscar 6250 Old Bethel Road Crestview FL 32536
 Opt Out Fiebert Max 6300 NW 62nd Street Tamarac FL 33319
 Opt Out Flynn Marie 9 Angel Falls Circle Ormond Beach FL 32174
 Opt Out Ford Joan 2219 SE 27th Terr Cape Coral FL 33904
 Opt Out Foss Mary Jean 4104 NW 69th Street Gainesville FL 32606
 Opt Out Francis Mattie 1510 NW 56 St Miami FL 33138
 Opt Out Gore Craig c/o CCDC, PO Box 3125 Lake City FL 32056
 Opt Out Irwin D. 2243 SE 28th Street Cape Coral FL 33904
 Opt Out Laurendi Mary 1507 NE 17th Court Ocala FL 34470
 Opt Out Loccisano Diane 1008 Danny Drive Sarasota FL 34243
 Opt Out Love Phillip 4625 Bushnell Road Milton FL 32583
 Opt Out Maxwell Tim 11677 Whitemarsh Drive West Palm Beach FL 33414
 Opt Out Millette Richard 2291 SE 28th Street Cape Coral FL 33094
 Opt Out Patrick Mary 7 Golfs Edge, Apt. G West Palm Beach FL 33417
 Opt Out Patrick Stanley 7 Golfs Edge, Apt. G West Palm Beach FL 33417
 Opt Out Piekeelek Edward 1160 Grand Duke Way Royal Palm Beach FL 33411
 Opt Out Platt Paul 1190 Yesica Ann Circle # 202 Naples FL 33942
 Opt Out Rossman Randall 10941 SW 10 Place Davie FL 33324
 Opt Out Rubenstein Joel 5379 B Verona Drive Boynton Beach FL 33437
 Opt Out Ruffner Charles 601 Brickell Key Drive, Miami FL 33131
 Suite 507
 Opt Out Ruffner David 103 NW 10th Street, Apt. 5 Gainesville FL 32601
 Opt Out Ruffner Mary Ann 6250 SW 135 Street Miami FL 33156
 Opt Out Ruffner Nanette 8830 SW 67 Ct. Miami FL 33156
 Opt Out Salamon Milton 1134 Samar Road Cocoa Beach FL 32931
 Opt Out Schrmichel Walter 195 5th Street Bonita Springs FL 33923
 Opt Out Schwartz Milton Durham A 4009 Deerfield Beach FL 33442
 Opt Out Sterns Phyllis 15 Woods Lane Boynton Beach FL 33436
 Opt Out Sternstein Bruce 8311 N.W. 64th St., Suite # 1 Miami FL 33166
 Opt Out Urban Jo Ellen 3054 Domino Drive Holiday FL 34691
 Opt Out Wickersham Dale PO Box 320787 Cocoa Beach FL 32932
 Opt Out Williams Leland 344 Grove St. N St. Petersburg FL 33701
 Opt Out Winters Anita 1317 SW 82nd Ave. North Lauderdale FL 33068
 Opt Out Winters David 1317 SW 82nd Ave. North Lauderdale FL 33068
 Opt Out Winters Lisa 1317 SW 82nd Ave. North Lauderdale FL 33068
 Opt Out Winters Michael 1317 SW 82nd Ave. North Lauderdale FL 33068
 Opt Out Winters Sheldon 1317 SW 82nd Ave. North Lauderdale FL 33068
 Opt Out Yentis Leonard 107 Hastings West Palm Beach FL 33417
 Opt Out Boitnott Don 2660 Holcomb Springs Drive Alpharetta GA 30202
 Opt Out Boitnott Judi 2660 Holcomb Springs Drive Alpharetta GA 30202
 Opt Out Boland Harry 501 Big Canoe Big Canoe GA 30143
 Opt Out Cleveland Steven PO Box 3142 Macon GA 31205
 Opt Out Cunningham Bobby 5575 Circlestone Lane Stone Mountain GA 30088
 Opt Out Favret James 1160 Court Drive, Apt. A Duluth GA 30136
 Opt Out Franco Rich 814 Jamestowne Road Savannah GA 31419
 Opt Out Leonard James PO Box 268 Normanpark GA 31771
 Opt Out Morris Annie 2073 Kimberly Road SW Atlanta GA 30331
 Opt Out Smith Donald 5036 Pine Ridge Drive Macon GA 31210
 Opt Out Gauss Juanita 451C Halawa View Honolulu HI 96810
 Opt Out Menkhaus Mary 1653 Citron # 4 Honolulu HI 96826
 Opt Out Rapp Geoffrey 217 Forest Ridge Way Honolulu HI 96822
 Opt Out Rapp John 217 Forest Ridge Way Honolulu HI 96822
 Opt Out Rapp Melissa 217 Forest Ridge Way Honolulu HI 96822
 Opt Out Dickel Kevin 1105 Boone Street Pella IA 50219
 Opt Out La Rue Marie 1401 Kansas St. Musc. IA 52761
 Opt Out Ronconi Robert 130 N 9th Street Fort Dodge IA 50501
 Opt Out Radford Linda 758 N. 3700 E. Rigby ID 83442

*541
 Decision Last Name First Name Address City State Zip Code
 Opt Out Adkins Andre 7611 Paxton Chicago IL 60649
 Opt Out Adkins Stanley 7611 Paxton Chicago IL 60649
 Opt Out Adkins Stanley, Jr. 7611 Paxton Chicago IL 60649
 Opt Out Ambrose Lee 445 Massachusetts Ave. Naperville IL 60565
 Opt Out Ambrose Lorraine 445 Massachusetts Ave. Naperville IL 60565
 Opt Out Banks Kasiem 7517 So. Yale, Apt. 3E Chicago IL 60626
 Opt Out Battaglia Frank 856 Oak Street Winnetka IL 60093
 Opt Out Bendsen Chris 1076 Cedar Hill Drive Decatur IL 62521
 Opt Out Blakey Susan 109 Maen St. O'Fallon IL 62269
 Opt Out Brooks Aggie 2432 W. Jackson Chicago IL 60621
 Opt Out Chagnon Ann 7736 W. 158th Ct. Orland Park IL 60477
 Opt Out Eimerman Shirley 14425 Jody Lane Wodsworth IL 60083
 Opt Out Grossman Lee 9030 Forestview Road Evanston IL 60203
 Opt Out Grossman Sandee 9030 Forestview Road Evanston IL 60203
 Opt Out Hartman Karen 260 May St., PO 638 Manhattan IL 60442
 Opt Out Hrkel Joseph 5130 S. Kildare Ave. Chicago IL 60632
 Opt Out Hrkel Paul 5655 S. Mayfield Ave. Chicago IL 60638
 Opt Out Latos Douglas 14814 Hickory Lansing IL 60438
 Opt Out Mayo William 400 East Jefferson Morton IL 61550
 Opt Out Nowakowski Eva 430 Drury Lane Barrington IL 60010
 Opt Out Nowakowski Victor 430 Drury Lane Barrington IL 60010
 Opt Out O'Hare Robert 13154 N. Country Club Court Palos Heights IL 60463
 Opt Out Peasley Esther 1204 Kinch Urbana IL 61801
 Opt Out Peasley Isaac Box 2465 Champaign IL 61825
 Opt Out Peasley Katherine 1204 Kinch Urbana IL 61801
 Opt Out Peasley Louis Box 2465 Champaign IL 61825
 Opt Out Peasley Naomi 1204 Kinch Urbana IL 61801
 Opt Out Peasley Seth Box 2465 Champaign IL 61825
 Opt Out Percival Herbert PO Box 176 Brookfield IL 60513
 Opt Out Prestwich Howard 216 W. Stephenson Street Freeport IL 61032
 Opt Out Rakowski Carol 10626 S. Vicky Lane Palos Hills IL 60465
 Opt Out Rakowski Jackie 6315 Clark Dr. Woodbridge IL 60517
 Opt Out Rakowski Jeff 6315 Clark Dr. Woodbridge IL 60517
 Opt Out Rakowski Norman 10626 S. Vicky Lane Palos Hills IL 60465
 Opt Out Randle Lillie 2228 S. Kostnes Chicago IL 60623
 Opt Out Ruby Edwin 9414 Lindsay St. Orland Hills IL 60477
 Opt Out Smith Kimberly 260 May St., PO 638 Manhattan IL 60442
 Opt Out Turner Robert 20 Dorchester Brighton IL 62012
 Opt Out Williams Joey 4603 W 21 Place Chicago IL 60623
 Opt Out Janick Jules 420 Forest Hill Drive West Lafayette IN 47906
 Opt Out Lail John 15205 Wicker Ave Cedar Lake IN 46303
 Opt Out Germer Jean 714 Countryside Road Junction City KS 66441
 Opt Out McBride Frank 104 W. Lake Salina KS 67401
 Opt Out Miles Charles 6325 West 73rd Terrace Overland Park KS 66204
 Opt Out Pheasant Robert 309 Mulberry Topeka KS 66609
 Opt Out Johnson Marcella 1412 Willow Ave. Unit 49 Louisville KY 40204
 Opt Out Lutman David 1412 Willow Ave. Unit 49 Louisville KY 40204
 Opt Out Mumford Lloydd 2039 Fernwood Drive Owensboro KY 42301
 Opt Out Tanner David 517 Savannah Drive, # D E-Town KY 42701
 Opt Out Pippin Cindy PO Box 16155 Lake Charles LA 70616
 Opt Out Roundtree Debra PO Box 40961 Baton Rouge LA 70835
 Opt Out Aniello Angela 61 Canterbury Road Waltham MA 02154
 Opt Out Bilski Louis 48 Francis Street Waltham MA 02154
 Opt Out Bob Joshua 4 Bald Hill Lane Peabody MA 01960
 Opt Out Bob Marianne 4 Bald Hill Lane Peabody MA 01960
 Opt Out Bob Marray 4 Bald Hill Lane Peabody MA 01960
 Opt Out Davenport Bernard St. Andrew Apostle Church, Worcester MA 01603
 16 Vineyard St.
 Opt Out Delehanty Thomas 22B Faulkner Street Lowell MA 01852
 Opt Out Ducharme Melissa 21 Evergreen Drive Taundon MA 02780
 Opt Out Franklin Ed 67 Kings Rd. Canton MA 02021
 Opt Out Franklin Robin 67 Kings Rd. Canton MA 02021
 Opt Out Kramer William 552 Flat Hills Road Amherst MA 01002
 Opt Out Luikey Linda 205 I Hickory Street Springfield MA 02231
 Opt Out McFadden Thomas 6 Swain Street Haverhill MA 01832
 Opt Out Perry Evelyn 58 Agawam Village Wareham MA 02571
 Opt Out Vitello Bernice 26 Coolidge Ave. Weymouth MA 02188
 Opt Out Vitello Peter 26 Coolidge Ave Weymouth MA 02188
 Opt Out Ward Keir 69 Breer Cir. Brockton MA 02401
 Opt Out Welson Samuel 8 Kingsley Avenue Northampton MA 01060

*542
Decision Last Name First Name Address City State Zip Code
 Opt Out Buckner Robert Leon 248625 Revells Neck Rd. Westover MD 21890
 Opt Out Cohen Evelyn 7233 Park Heights Avenue, Baltimore MD 21208
 Apt. E
 Opt Out Conley Margaret 708 Shelly Road Tawson MD 21286
 Opt Out Correl Frank 3505 Turner Lane Chevy Chase MD 20815
 Opt Out Gipson Elaine 2431 Dorchester Rd. Upper Marboro MD 20772
 Opt Out Hilliard Wesley R. 7706 Woodland Ave Pasadena MD 21122
 Opt Out Jackson Madeline 600 Bryants Nursery Road Silver Spring MD 20905
 Opt Out Kramer Catherine 503 Hillen Road Baltimore MD 21286
 Opt Out Love Larry 411 Milford Mill Road Pikesville MD 21208
 Opt Out Obrycki Robert 8743 Brae Brooke Drive Lanham MD 20706
 Opt Out Pell Jerry 10310 Tailcoat, Way Columbia MD 21044
 Opt Out Roush Carolyn 4059 Federal Hill Road Jarrettsville MD 21084
 Opt Out Rowland Deryl 806 Lancaster Drive Bel Air MD 21014
 Opt Out Weissman Nathan 8508 Farrell Drive Chevy Chase MD 20815
 Opt Out Williams Dorothy 4117 Crest Hts. Road Baltimore MD 21215
 Opt Out Yates Mary Asbury Ave., # 18 Lavale MD 21502
 Opt Out Fuller Gerald Davis, Sr. 150972 Revells Neck Rd. Westover MD 21890
 Opt Out Ismail Amr PO Box 660 Machias ME 04654
 Opt Out Kinney Janet RFD 2 Box 8540 Jay ME 04239
 Opt Out Agno John PO Box 2236 Ann Arbor MI 48106
 Opt Out Alsobrook Tyrus P.O. Box 8 Lincoln Park MI 48146
 Opt Out Amormino Eda 23001 Alger St. Clair Shores MI 48080
 Opt Out Banks Carolyn MI
 Opt Out Barry Robert 1614 Cherokee Road Ann Arbor MI 48104
 Opt Out Belen Maier 18409 Alta Vista Drive Southfield MI 48075
 Opt Out Belen Molly 18409 Alta Vista Drive Southfield MI 48075
 Opt Out DeHudy Gail 1751 Ritter Drive Norton Shores MI 49441
 Opt Out Dillard Lygia 21631 Whitmore Oak Park MI 48237
 Opt Out Hanke Rudolph 1606 W. Wackerly Road Sanford MI 48657
 Opt Out Harris Jim 1218-1A Runaway Bay Drive Lansing MI 48917
 Opt Out Howard Cal 106 Thunder Bay Alpuna MI 49707
 Opt Out Huggins Bradford 8124 North Lawn Detroit MI 48204
 Opt Out Katz Susan Diane 21310 Constitution Southfield MI 48076
 Opt Out Kustasz Robert 23850 Woodland Clinton Township MI 48036
 Opt Out Lewis Scott A. 220 Audubon South Lyon MI 48178
 Opt Out Ludwig Kenneth 2702 Maitland Drive Ann Arbor MI 48105
 Opt Out McCrary Pamela 2232 Sheridan Detroit MI 48214
 Opt Out McDermott P.A. 2021 Medford Road, # 272 Ann Arbor MI 48104
 Opt Out Monacelli Joanne 47589 Province Ct. Shelby Twp MI 48315
 Opt Out Montgomery Beverly 9037 Vaughan Detroit MI 48228
 Opt Out O'Brien Gloria 2472 Miller Road Metamora MI 48455
 Opt Out O'Brien Patrick 3040 Brighton Road Howell MI 48843
 Opt Out Pallas Seraphim 750 Golfcrest Dearborn MI 48124
 Opt Out Thomas M. 13142 Corbett Detroit MI 48213
 Opt Out Wikol Murray 3890 Oakland Drive Bloomfield Hills MI 48301
 Opt Out Wilson Dolores 20189 Warrington Detroit MI 48221
 Opt Out Wilson Randall 709 Sparrow Ave Lansing MI 48910
 Opt Out Woody Lena 13133 Callender Ave. Southgate MI 48195
 Opt Out Wyatt Quincola 17415 Parkside Detroit MI 48221
 Opt Out Erickson Mary 12 Meadow Lane Morris MN 56267
 Opt Out Goeres Andreas 6036 3rd Ave S. Minneapolis MN 55419
 Opt Out Halcomb Doug 7240 Braddock Eagan MN 55123
 Opt Out Halcomb Nancy 7240 Braddock Eagan MN 55123
 Opt Out Halloran Elizabeth R. 1011 Feltl Court, # 901 Hopkins MN 55343
 Opt Out Johnson C.L. Box 1751 Mitka MN 55345
 Opt Out Juskievley Edwin 5954 151 Lane, NW Ramsey MN 55303
 Opt Out Law Ray 1019 3rd Ave., NE Little Falls MN 56345
 Opt Out Law Roberta 1019 3rd Ave., NE Little Falls MN 56345
 Opt Out Nelson Kenneth 501 East 100 Street Bloomington MN 55420
 Opt Out Osterkamp Lois 2400 First Ave. East No. St. Paul MN 55109
 Opt Out Osterkamp Michael 2400 First Ave. East No. St. Paul MN 55109
 Opt Out Seligson Carol B. 14661 Balfour Oak Park MN 48237
 Opt Out Brennan J.E. 4052 Robert Ave. St. Louis MO 83116
 Opt Out Carta Tom 2211 S. Kentucky Ave. Sedalia MO 65301
 Opt Out Evickson William 3906 Baltimore, # 605 Kansas City MO 64111
 Opt Out Hogard M.E. 420 E. 70th Terr. Kansas City MO 64131
 Opt Out Kimbrough Marcia 3216 Grand, # 8 Joplin MO 64804
 Opt Out Papasifakis Peter 1414 Mohican Trail St. Charles MO 63304
 Opt Out Smith Barry PO Box 1458, Ballwin MO 63022
 202 Vista Oak Court

*543
Decision Last Name First Name Address City State Zip Code
 Opt Out Veach O. Fred 802 E. Dear St. Kirksville MO 63501
 Opt Out Greenleaf Joseph 1321 Harbor Point Drive Gulfport MS 39507
 Opt Out Norman A. Lance 7970 Elizabeth Drive Olive Branch MS 38654
 Opt Out Teel Monica 999 Gay Road Biloxi MS 39532
 Opt Out Boitnott Bryan 112 Linden Dr. King NC 27021
 Opt Out Boitnott Don Wayne 112 Linden Dr. King NC 27021
 Opt Out Boitnott Drew 112 Linden Dr. King NC 27021
 Opt Out Boitnott Jill 112 Linden Dr. King NC 27021
 Opt Out Branch Eliza G. 105 Oakmont Circle Durham NC 27713
 Opt Out Branch Frederick 105 Oakmont Circle Durham NC 27713
 Opt Out Branch Sarah 105 Oakmont Circle Durham NC 27713
 Opt Out Branch Thomas 105 Oakmont Circle Durham NC 27713
 Opt Out Branch Thomas, Jr. 3605-C Lynnhaven Greensboro NC 27401
 Opt Out Carter Callie 1901 Angelo Street Winston Salem NC 27104
 Opt Out Dabks Norma 172 Meadowood Dr. Eden NC 27288
 Opt Out Elrod George 6304 Oak Forest Ct. Summerfield NC 27358
 Opt Out Graham Eliza J. 105 Oakmont Circle Durham NC 27713
 Opt Out Hunter Michael 891 Newbern Ave. Asheboro NC 27203
 Opt Out Keough Patrick 4604 Old Lake Trail Hillsborough NC 27278
 Opt Out Lewis James 3525 Akereromby Dr. Durham NC 27713
 Opt Out Matthews Dawn 3121 Union Cross Church Yadkinville NC 27055
 Road
 Opt Out Matthews Michael 3121 Union Cross Church Yadkinville NC 27055
 Road
 Opt Out Morrison Nola 4732 Reid Rd. Elon College NC 27244
 Opt Out Pollock Cynthia 11445 NC Highway 55 West Dover NC 28526
 Opt Out Roberson William Rt. 1 Box 49 Clifton Pond Louisburg NC 27549
 Road
 Opt Out Silver Patricia 1014 Minerva Avenue Durham NC 27701
 Opt Out Washington Nathaniel 12 American Way Asheville NC 28806
 Opt Out Wilson Harry 244 Myrtle J. Dr. Hurdle Mills NC 27541
 Opt Out Densberger Judy 550 N. Maple St. Ainsworth NE 69210
 Opt Out Goodell Mary 11717 Marcy Plaza Omaha NE 68154
 Opt Out Hupp Alan 2717 Nth 65th Ave. Omaha NE 68104
 Opt Out Jensen Robert 7730 Mesa Rd. Lincoln NE 68505
 Opt Out Joni Dawe Dee-El 3535 Jefferson St. Omaha NE 68107
 Opt Out Lee Frances 21 Grossland Ridge Ct., Grant NE 69140
 PO Box 721
 Opt Out Quinlan Harry 5615 North 68th Street Omaha NE 68104
 Opt Out Rosenberry Leonard 4210 Larry Lane Lincoln NE 68506
 Opt Out Hersey Robert 64 Concord Way Portsmouth NH 03801
 Opt Out Larorgna Noreen 8 Noble Street Somersworth NH 03878
 Opt Out Leedberg Glen 18 Cota Road Merrimack NH 03054
 Opt Out Altay Hujeyin 197 Rt. 46 W. Rockway NJ 07866
 Opt Out Baiish Richard 1346 Asbury Avenue Ocean City NJ 08226
 Opt Out Bauer Wilma 111 Chestnut Street Cherry Hill NJ 08002
 Opt Out Dawkins Joel 174 Mt. Prospect Ave., # 1B Newark NJ 07104
 Opt Out DeRobertis Vincent 61 Virginia Avenue Fort Lee NJ 07024
 Opt Out Gregg Gregory 100 Elm Drive Neptune NJ 07753
 Opt Out Lory Albert 32 Edinburgh Lane Mt. Laurel NJ 08054
 Opt Out Lysut R. 700 Schuyler Ave., 626 Kearny NJ 07032
 Opt Out Maginn Robert 56 Beverly Place Bergenfield NJ 07621
 Opt Out Malenich George 220 Philip Ave. Elmwood Park NJ 07407
 Opt Out Martorano Camille 34 Tahoe Lane Manahawkin NJ 08050
 Opt Out Martorano Jack 34 Tahoe Lane Manahawkin NJ 08050
 Opt Out Neubauer Beverly 61 Duncan Ave. Jersey Citv NJ 07304
 Opt Out O'Mara George 807 Adele Street Northfield NJ 08225
 Opt Out O'Mara Sean 807 Adele Street Northfield NJ 08225
 Opt Out Raffery Nancy 516 Grand Ave. Palisades Park NJ 07650
 Opt Out Salamar Luis 196 Starlight Court Old Bridge NJ 08857
 Opt Out Vena Tony 97 Mkvbrook Drive Maywood NJ 07607
 Opt Out Weissman Gary 4001 N. Oaks Blvd. North Brunswick NJ 08902
 Opt Out Winlder Jeffrey 3 Richmond Court Princeton Junction NJ 08550
 Opt Out Zeitlin Jacqueline 19 Byro Ave. Bloomfield NJ 07003
 Opt Out Zeitlin Michael 19 Bvro Ave. Bloomfield NJ 07003
 Opt Out Bauer John 1375 Kings Row Reno NV 89503
 Opt Out Bayer Arthur 412 North Currv Street Carson City NV 89703
 Opt Out Hook Mary 2301 Addie Blvd., # 69 Reno NV 89512
 Opt Out Levenson Jonathan 2680 Copper Cove Drive Henderson NV 89011

*544
Decision Last Name First Name Address City State Zip Code
 Opt Out Batas Musette 3397 Bentha Drive Baldwin Harbor NY 11510
 Opt Out Bell Helen 384 Raymond Street Rockville Centre NY 11570
 Opt Out Bergman Abby 10 Downing Ct. Irwington NY 10533
 Opt Out Bianid Joseph 57 Carriage Road Roslyn NY 11576
 Opt Out Boland-DeVito Joyce 23 Chestnut Street Garden City NY 11530
 Opt Out Boland-DeVito Vincent 23 Chestnut Street Garden City NY 11530
 Opt Out Burruss Mel P.O. Box 2638 Peekskill NY 10566
 Opt Out Buzzeo Anthony 52 Wenlock St. Staten Island NY 10303
 Opt Out Caeer James 2653 Laguna Drive Endicott NY 13760
 Opt Out Cilaffo Frank 2555 36th St. Astoria NY 11103
 Opt Out Conde D. 4423 New York Ave. Island Park NY 11558
 Opt Out Conde Joseph 4423 New York Ave. Island Park NY 11558
 Opt Out Daly Margaret 777-31 Tuckahoe Rd. Yonkers NY 10710
 Opt Out Debaray Sean 37 Arizona Ave. Syosett NY 11791
 Opt Out DeSanctis Mario 70 Peggy Ann Road Queensbury NY 12804
 Opt Out Doe Rod 38 Oakview Avenue Farmingdale NY 11735
 Opt Out Dove Tom 325 Sunrise Ave. Sayville NY 11782
 Opt Out Elkin Jerome 79 Westwood Ave. Ellenville NY 12428
 Opt Out Falco Jesse 92 Bristol Dr. Woodbury NY 11797
 Opt Out Faulhaber Greg 1633 Hendrickson Ave Merrick NY 11566
 Opt Out Forman Robert 56 Lily Pond Lane Katonah NY 10536
 Opt Out Franklin Harry 90 Gold St, # 16F New York NY 10038
 Opt Out Franklin Rose 90 Gold St, # 16F New York NY 10038
 Opt Out Gold Richard 377 Route 59 Monsey NY 10952
 Opt Out Gomez Victor 791 Manor Rd. Staten Island NY 10314
 Opt Out Harris Shirley 36 Gulf Road Colton NY 13625
 Opt Out Harris William 36 Gulf Road Colton NY 13625
 Opt Out Herson Catherine 50 Burdick Hill Ithaca NY 14850
 Opt Out Hollenbeck David 207 East 5th Street Oswego NY 13126
 Opt Out Hollenbeck Rhonda 207 East 5th St. Oswego NY 13126
 Opt Out Housel John 178 Lydander Dr. Rochester NY 14623
 Opt Out Jordan Thomas 111 Tibbetts Rd. Yonkers NY 10705
 Opt Out Kaia Kristine 29 Humphrey Dr. Syosett NY 11791
 Opt Out Kim Sunny Syosset NY 11791
 Opt Out Koprivnjak Joseph 4423 New York Ave. Island Park NY 11558
 Opt Out Kraft Esslie 805 Niagara Parkway North Tonawanda NY 14120
 Opt Out Kraft Irna 805 Niagara Parkway North Tonawanda NY 14120
 Opt Out Kushner Evan 1 Wilson Place Lindenhurst NY 11757
 Opt Out Lamarch Arlene P.O. Box 136 Valatie NY 12184
 Opt Out Lapp Darryl 2711 Rosebud Ave. Merrick NY 11566
 Opt Out Levine Elizabeth 5 Stuyvesant Oval, # 12 E New York NY 10009
 Opt Out Lichtenstein Jordan 47 Juneau Blvd. Woodbury NY 11797
 Opt Out Lo Cicero Lucille 135 West End Ave. Shirley NY 11967
 Opt Out Lord Richard 1063 Christy Lane Webster NY 14580
 Opt Out Lummer Jack 86-15 Broadway Elmhurst NY 11373
 Opt Out Maiti Noel 10 Roberta Lane Syosett NY 11791
 Opt Out McGuinness Joe 14 Cedar Dr. Southhampton NY 11968
 Opt Out Minikes Saul 1161 East 12th Street Brooklyn NY 11230
 Opt Out Motta Frank 5 Richfield Court Plainview NY 11803
 Opt Out Mugluy Daniel St. Andrew's Church, Brooklyn NY 11220
 6713 Ridge Blvd.
 Opt Out Munoz Edward 28-01 21st Ave., 3rd Floor Astoria NY 11105
 Opt Out Munoz Krista 28-01 21st Ave., 3rd Floor Astoria NY 11105
 Opt Out Newmeyer R.A. 4030 75th Street, Apt 6K Queens NY 11373
 Opt Out Nichols Bernard 17 Marisa Drive Wesley Hills NY 10977
 Opt Out Nowak Eleanore 151 S. Irwinwood Rd. Lancaster NY 14086
 Opt Out Pagliaro Steven P.O. Box 60324 Staten Island NY 10306
 Opt Out Pancer Joseph 1664 49th Street Brooklyn NY 11204
 Opt Out Rizzo Madeline 77 Fulton Street, Apt. 26M New York NY 10038
 Opt Out Rogoff Martin 13 Friendly Rd. Smithtown NY 11787
 Opt Out Ruffner Robin 300 E. 34th Street, # 27A New York NY 10016
 Opt Out Saenz Michelle 718 59th Street Niagara Falls NY 14304
 Opt Out Schillinger John 1633 Hendrickson Ave Merrick NY 11566
 Opt Out Schlesinger Shirley 20-64 31 Street, Apt. D6 Astoria NY 11105
 Opt Out Schwartz Ron 33 E. 208 St., # 5A Bronx NY 10467
 Opt Out Serani Carmela 567 Woodbury Road Plainview NY 11803
 Opt Out Serani Silvio 567 Woodbury Road Plainview NY 11803
 Opt Out Shiah Nancy 1571 Benjamin Drive Niagara Falls NY 14304
 Opt Out Silver Wendy 72 Melanie Lane Syosett NY 11791
 Opt Out Sliayo Melvin 2700 Henry Hudson Pkwy Bronx NY 10463
 Opt Out Soong Wayne 6 Willets Ave. Syosset NY 11791
 Opt Out Sullivan Vincent 39 Split Cedar Drive Central Islip NY 11722
 Opt Out Susser Matthew 8 Circle Dr. Syosett NY 11791
 Opt Out Terino John 29 Lourae Dr. Massapequa Park NY 11762
 Opt Out Villella Thomas 266 Elmwood Avenue, Buffalo NY 14222
 Suite 151

*545
Decision Last Name First Name Address City State Zip Code
 Opt Out Yasko C. Matthew 20 Buena Vista Ave. Queensbury NY 12804
 Opt Out Zahini Harel 49 Victor Lane Woodbury NY 11797
 Opt Out Abelt Raymond 4755 Blythin Road Garfield Heights OH 44125
 Opt Out Amore Louis 6164 Dingin Rd. Poland OH 44514
 Opt Out Angtuaco Ernesto 3635 Sugarbush Drive Canfield OH 44406
 Opt Out Bostic Betty 17614 Franklin Ave. Lakewoods OH 44107
 Opt Out Bravo Ernest 42511 Appleway Leetonia OH 44431
 Opt Out Farr John 27001 White Rd. Willoughby Hills OH 44092
 Opt Out Gudis John C. 543 E. Walnut Ave. Painesville OH 44077
 Opt Out Hart John 950 Talus Dr. Yellow Springs OH 45387
 Opt Out Lamb Lloyd 11½ E. 2nd St. West Alexandria OH 45381
 Opt Out Masilonis Ann 18432 Lake Shore Blvd., Cleveland OH 44119
 # 306
 Opt Out Prince Pamela 6680 Ross Road Madison OH 44057
 Opt Out Salim Hamid 6898 Bowie Rd. Cambridge OH 43725
 Opt Out Sindelan Phillip 392 Connie Ct. Eastlake OH 44095
 Opt Out Tackett Sandra 319 S. Butler St. Germantown OH 45327
 Opt Out Thomas Ralph 6152 Fireside Dr., Apt B Centerville OH 45459
 Opt Out Thorp Bessie 2476 Northview Dr. Cortland OH 44410
 Opt Out Weiss Christopher 6191 Lakeview Dr., So. Mason OH 45040
 Opt Out Weiss Joseph 6191 Lakeview Dr., So. Mason OH 45040
 Opt Out Wright Eileen 805 Firethorn Drive Seven Hills OH 44131
 Opt Out Zath Luis 10407 Biddulph Road Brooklyn OH 44144
 Opt Out Zierolf Peter P.O. Box 2085 Dayton OH 45429
 Opt Out Currie Orin R. 106 Fleetwood Pl. Bartlesville OK 74006
 Opt Out Folmar Patricia 818 NW 16th Street Oklahoma City OK 73106
 Opt Out Hemingway-Masor Lawanda P.O. Box 1658 Lone Grove OK 73443
 Opt Out Schroeder Charles 2304 Brookdale Ave. Edmond OK 73034
 Opt Out Searcy Robert 6106 East 93rd Street Tulsa OK 74137
 Opt Out Sellmeyer Frank 2606 E. 151st South Bixby OK 74008
 Opt Out Sellmeyer Jane 2606 E. 151st South Bixby OK 74008
 Opt Out Brock James 595 Kingwood Drive, NW Salem OR 97304
 Opt Out Erb Kenneth 525 E. 11th Ave. Eugene OR 97401
 Opt Out Kropitzer Harold 11220 NW Ridge Road Portland OR 97229
 Opt Out Kropitzer Lorraine 11220 NW Ridge Road Portland OR 97229
 Opt Out Russell Allen 1718 NE 26th Ave. Portland OR 97212
 Opt Out Thayer Rebecca 120 NW 12th Corvallis OR 97330
 Opt Out Wynn Randall XXXXX-XXX, P.O. Box 5000 Sheridan OR 97378
 Opt Out Billig Erma 59 Titus Lane Weatherly PA 18255
 Opt Out Bogart Robert RR 2, Box 223-B Glen Rock PA 17327
 Opt Out Borromeo Alexander 118 Blue Ridge Rd. Plymouth Meeting PA 19462
 Opt Out Branchick Daniel 248 W. Broad Street Elizabethville PA 17023
 Opt Out Bruno John 1200 Chelton Ave. Pittsburgh PA 15226
 Opt Out Chappell Albert 443 Bianca Circle Downingtown PA 19335
 Opt Out Christiansen Eric 178 Foal Court Lancaster PA 17602
 Opt Out Corr Eleanor 218 Butternut Lane Clarks Summit PA 18411
 Opt Out De Mars Norbert 63 Fairfiew Ave. Mt. Pocono PA 18344
 Opt Out Devenney Mary 135 Rosewood Avenue Washington PA 15301
 Opt Out Faeder Elizabeth 1111 Pine Ridge Bushkill PA 18324
 Opt Out Faeder Paul 1111 Pine Ridge Bushkill PA 18324
 Opt Out Hurley Florence 1302 Orchard Road Reading PA 19611
 Opt Out Jenkins Harold 1334 Franklin Street Johnstown PA 15905
 Opt Out Keeler Ronald 303 E. Main Street Everett PA 15537
 Opt Out McGimpsey Frank 619 Clifford St. Allentown PA 18103
 Opt Out Meucci Michael M. 203 Pittsburgh St. Uniontown PA 15401
 Opt Out Mihelcic John 199 Main Entrance Drive Pittsburgh PA 15228
 Opt Out Moore Brenda 490 Pinewood Drive McMurray PA 15317
 Opt Out Moore James 490 Pinewood Drive McMurray PA 15317
 Opt Out Owen H.R. Erie PA
 Opt Out Peasley Esther Box 65 State College PA 16804
 Opt Out Peasley Naomi 315 Rosemont Drive State College PA 16801
 Opt Out Peasley Seth 315 Rosemont Drive State College PA 16801
 Opt Out Rittenhouse John 201 N. Fourth Ave., Royersford PA 19468
 P.O. Box 89
 Opt Out Shcwoebel William 21 Williams Road Haverford PA 19041
 Opt Out Spiegel Seymour 363 S. Highland Ave., Apt 903 Pittsburgh PA 15206
 Opt Out Veverka Albert 419 Longridge Dr. Pittsburgh PA 15243
 Opt Out Warner Julie 3520 Center St. Whitehall PA 18052
 Opt Out Warner Larry 3520 Center St. Whitehall PA 18052
 Opt Out Williams Leslie 798 W. Edwin St., # 73 Williamsport PA 17701
 Opt Out LaFountaine Joseph 160 Terrace Ave. Cumberland RI 02864
 Opt Out Poniatowski Jean 5 Champlin Avenue Jerusalem RI 02879

*546
Decision Last Name First Name Address City State Zip Code
 Opt Out Barrett Glen 200 Rochester Road Easley SC 29640
 Opt Out Calvez Daniel 143 Country Lakes Road Easley SC 29642
 Opt Out Johnson Elbert Lloyd 309 Dixiana Drive Gaston SC 29053
 Opt Out Rubin Debra 1323 Old Mill Lane Mt. Pleasant SC 29464
 Opt Out Smith Joe 702 Shand Street Clinton SC 29325
 Opt Out Whatley Ian 240 Donington Drive Greenville SC 29615
 Opt Out Frey Richard P.O. Box 384 Piedmont SD 57769
 Opt Out Weir Jerome 2805 S. Williams Sioux Falls SD 57105
 Opt Out Ballard Billy 107 Fisher Drive Greenbrier TN 37073
 Opt Out Couta JoAnn 205 Mary Sharp Decherd TN 37324
 Opt Out Denton Randall 517 Kildare Dr. Jefferson City TN 37760
 Opt Out Rice Robert 1782 1st Green Drive Memphis TN 38116
 Opt Out Tuttle Frank PO Box 210972 Nashville TN 37221
 Opt Out Verges Albert 6138 New Beaver Creek Drive Knoxville TN 37931
 Opt Out Wolfe Carol 4513 S. Germantown Road Memphis TN 38125
 Opt Out Acheson Sandra P.O. Box 97 Temple TX 76503
 Opt Out Adams William 706 Shady Lane Arlington TX 76013
 Opt Out Buck Glenda 401 Blueberry Lane Grand Prairie TX 75052
 Opt Out Buck Rex 401 Blueberry Lane Grand Prairie TX 75052
 Opt Out Chamblee Harrel 3205 N. Britain Rd. Irving TX 75062
 Opt Out Devine Jesse 4121 Knightsbridge Lane Bryan TX 77802
 Opt Out Emmons David 3223 Smith St., Suite 303 Houston TX 77006
 Opt Out Emmons Jonothan 3223 Smith St., Suite 303 Houston TX 77006
 Opt Out Emmons Mary 3223 Smith St., Suite 303 Houston TX 77006
 Opt Out Emmons William 3223 Smith St., Suite 303 Houston TX 77006
 Opt Out Esparza Jose RR # 3, Box 393 Cedar Creek TX 78612
 Opt Out Farmer E. Vanoy 902 Lincoln Drive Longview TX 75604
 Opt Out Hagen Dorothy 3001 Addie Lane Georgetown TX 78620
 Opt Out Haynes Frances L. 11987 Steamboat Springs Dr. Houston TX 77067
 Opt Out Hernandez Mrs. 1928 Mirall Street Lufkin TX 75901
 Opt Out Heysquierdo Anthony 554826 Rt. 4, Box 1300 Rosharon TX 77583
 Opt Out Higgins Jim 245 St. Cloud Friendswood TX 77546
 Opt Out Horne Beth 7990 Locke Lane, # 7 Houston TX 77063
 Opt Out Hunsucker Jack 1506 Narcissus Blvd. New Braunfels TX 78130
 Opt Out Lacina Helen 1005 McLane Victoria TX 77904
 Opt Out Lacina Steve 1005 McLane Victoria TX 77904
 Opt Out Lynch Betty P.O. Box 282 Sanger TX 76266
 Opt Out Martinez Jose 3201 Edgewood Ln. Temple TX 76502
 Opt Out Mota Pablo 2020 Live Oak San Angelo TX 76901
 Opt Out Mutschler Dwight One Bay Street, P.O. Box 69 Austwell TX 77950
 Opt Out Pilgrim Jeff 15035 Westpark, # 311 Houston TX 77082
 Opt Out Sandefer Linda P.O. Box 6537 Tyler TX 75711
 Opt Out Sapp Ohlen 3740 N. Josey Lane, # 130 Carrollton TX 75007
 Opt Out Sapp Teresa 1923 E. Branch Hollow Drive Carrollton TX 75007
 Opt Out Saucedo Jerry Houston TX
 Opt Out Shelton Jackie P.O. Box 968 Quinlan TX 75474
 Opt Out Sims Jerrell 2714 Emberwood Drive Garland TX 75043
 Opt Out Tate Margie 27½ Parkview Ave. Henrietta TX 76365
 Opt Out Williams Chrislelar 17310 Edgehaven Missouri City TX 77489
 Opt Out Williams Demetria 17310 Edgehaven Missouri City TX 77489
 Opt Out Williams Lee B. 17310 Edgehaven Missouri City TX 77489
 Opt Out Williams Lee Robert 17310 Edgehaven Missouri City TX 77489
 Opt Out Zellman Glenn 7500 Kirby Drive, # 1330 Houston TX 77030
 Opt Out Cassin Edward 261 Vampire Lane Hill Air Force Base UT 84056
 Opt Out Marsh Pat 5297 S. 450 W. Ogden UT 84405
 Opt Out Middleton Linda 2277 South 2700 West Ogden UT 84401
 Opt Out Monson Jeff P.O. Box 2392 Sandy UT 84091
 Opt Out Stevens Don 2783 W. 6000 SO. Roy UT 84067
 Opt Out Ballard William 4448 Blackbeard Rd. Virginia Beach VA 23455
 Opt Out Barbour Consuella O. Route 2, Box 466 Evington VA 24550
 Opt Out Beamon James 2216 Alabama Avenue Suffolk VA 23434
 Opt Out Blacutt John G. 5274 Navaho Dr. Alexandria VA 22312
 Opt Out Browne Ronald L. Rt. 1, Box 418-A Bedford VA 24523
 Opt Out Chupka Michael 3601 Stoney Ridge Road Midlothian VA 23112
 Opt Out Dowdy Nancy 104 Hamption Court Blacksburg VA 24060
 Opt Out Fluellyn Bobby 36 Hillcrest Ave. Martinsville VA 24112
 Opt Out Frank Margot 2182 Woodcrest Dr Lynchburg VA 24503
 Opt Out Mickolus Edward 2305 Sandburg St Dunn Loring VA 22027
 Opt Out Pendergrass James 1800 S. Cleveland Street Arlington VA 22204
 Opt Out Plotnick Barry 1561 Dairy Road Charlottesville VA 22903
 Opt Out Plotnick Virginia 1561 Dairy Road Charlottesville VA 22903

*547
Decision Last Name First Name Address City State Zip Code
 Opt Out Sheats Dorothy 414 Lingstrom Lane Richmond VA 23225
 Opt Out Sheats Jenifer 414 Lingstrom Lane Richmond VA 23225
 Opt Out Sheats William 414 Lingstrom Lane Richmond VA 23225
 Opt Out Vasta Alfio 612 Abbey Dr. Virginia Beach VA 23455
 Opt Out Brandt Roy 12606 Cherokee Drive, Newman WA 99025
 P.O. Box 39
 Opt Out Kiehn James E. 823 Sitka # 102 Spokane WA 99208
 Opt Out Pilawski Gary 12449 NE 162nd Street Woodinville WA 98072
 Opt Out Pilawski Kristin, 12449 NE 162nd Street Woodinville WA 98072
 Opt Out Pilawski Susan 12449 NE 162nd Street Woodinville WA 98072
 Opt Out Shivers Louise Apt. 305, 940 N. 163rd Street Seattle WA 98133
 Opt Out Whisman Franklin 330 SW Sunset Blvd., Apt. # 8 Renton WA 98055
 Opt Out Wollett Fritz 5815 17th Avenue, NE Seattle WA 98105
 Opt Out Brummer Charles 4301 Canvasback Lane Wausau WI 54401
 Opt Out Conti Peter 2028 S. 36th St. Milwaukee WI 53215
 Opt Out Cooper Charles 2045 Hawthorne Drive Elm Grove WI 53122
 Opt Out Eidsor Dennis 9101 129th Ave. Kenosha WI 53143
 Opt Out Lehran Sue N315 Hwy 163 Denmark WI 54208
 Opt Out Lucente John Box 236, 410 Fifth St Independence WI 54747
 Opt Out Maertz William 6585 South Crane Drive Oak Creek WI 53154
 Opt Out Meyer Benjamin 5740 Pembroke Drive Madison WI 53711
 Opt Out Peasley Louis C. 6702 Crocus Ct., # 1 Greendale WI 53129
 Opt Out Rooney James F. 1500 Michigan Blvd.. Racine WI 53402
 Opt Out Rymaszewski Jeffrey 513 Brookdale Ct.. South Milwaukee WI 53172
 Opt Out Rymaszewski Margaret 513 Brookdale Ct South Milwaukee WI 53172
 Opt Out Sanders Bonita W222 N2838 Foxwood Lane Waukesha WI 53186
 Opt Out Sanders Dennis W222 N2838 Foxwood Lane Waukesha WI 53186
 Opt Out Van Hierden Paul 5300 W. Fond Du Lac Milwaukee WI 53216
 Avenue
 Opt Out Huber Jane 304 Shelley Dr. Racine WI 53405
 Opt Out Crowder Mary 197 Lovell Drive, Apt. A Charleston WV 25302
 Opt Out Crowder Ross General Delivery Cannelton WV 25036
 Opt Out Darby Kay 109 Carney Dr. Millwood WV 25262
 Opt Out Maxwell Linda 1526B Lewis Street Charleston WV 25311
 Opt Out Simmons Kathy P.O. Box 40 Kenna WV 25248
 Count of Decision: 611

FINAL JUDGMENT AND CONSENT DECREE
The States of New York, Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maine, Maryland, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Jersey, New Mexico, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, Pennsylvania, Rhode Island, South Carolina, South Dakota, Tennessee, Texas, Utah, Vermont, Virginia, Washington, West Virginia, Wisconsin, Wyoming, the District of Columbia, the Commonwealth of Puerto Rico and the United States Virgin Islands ("Plaintiff States" or "Plaintiffs" or "States") have filed a Complaint for damages and injunctive relief on their own behalf and as parens patriae on behalf of natural person citizens residing in the Plaintiff States who purchased Reebok Products, as defined in the Complaint herein, during the period of the alleged conspiracy, against the Defendant Reebok International Ltd. and The Rockport Company (collectively "Defendant") alleging violations of federal and state antitrust laws. Defendant denies the allegations stated therein.
Plaintiffs and Defendant desire to resolve any and all disputes arising from the Complaint. These parties have entered into a Settlement Agreement which has been filed with the Court and is incorporated by reference herein. In full and final settlement of the claims set forth in the Complaint, Defendant has agreed to pay compensatory damages and administration costs as set forth in the Settlement Agreement executed on April 25, 1995 (the "Settlement Agreement"). Defendant has also agreed to entry of this Final Judgment and Consent Decree. Plaintiffs have agreed to execute Releases of their *548 claims against Defendant and to release the claims of natural persons residing in the States who have not excluded their claims, in accordance with the terms of the Settlement Agreement.
Notice of the Settlement was given pursuant to Court order in accordance with 15 U.S.C. § 15c and the requirements of due process. The Notice was the best notice practicable under the circumstances.
An opportunity to be heard was given to all persons requesting to be heard in accordance with this Court's orders. The Court reviewed the terms of the Settlement, the submissions of the parties in support of it, and the comments received in response to the notice. After a hearing held on October 13, 1995, the Court approved the Settlement Agreement on 10/20/95, and determined it to be in all respects fair, reasonable and adequate. Said Order, which expressly excludes from the Settlement those natural person citizens who elected to opt-out of the Settlement, was entered on 10/20/95.
NOW, THEREFORE, without trial or adjudication of any issue of law or fact, before the taking of any testimony at trial, without the admission of liability or wrongdoing by Defendant and upon the consent of the parties hereto,
IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

I

JURISDICTION
The Court has jurisdiction over the subject matter of this action and the parties hereto. The Complaint raises claims against Defendant under Section 1 of the Sherman Act (15 U.S.C. § 1), Section 4 of the Clayton Act (15 U.S.C. § 15), Section 4C of the Clayton Act (15 U.S.C. § 15c), and Section 16 of the Clayton Act (15 U.S.C. § 26). Jurisdiction lies in this Court pursuant to 28 U.S.C. § 15. The Complaint also raises pendent state claims for equitable and other relief.

II

DEFINITIONS
As used in this Final Judgment and Consent Decree:
a. "Dealer" means any person, corporation or firm not owned by Reebok that in the course of its business sells Reebok Products in or into the United States of America;
b. "Defendant" or "Reebok" means Reebok International Ltd. and its affiliates, parents, subsidiaries, divisions and other organizational units of any kind, including The Rockport Company, that sold Reebok and Rockport Products as defined herein, their successors and assigns and their present and former officers, directors, employees, agents, representatives and other persons acting on their behalf;
c. "Reebok Products" means all Reebok and Rockport brand footwear products offered for sale to consumers located in the Plaintiff States or to Dealers.
e. "Plaintiffs" or "Plaintiff States" means the State of New York and any other State, the District of Columbia, Puerto Rico and the United States Virgin Islands which opt to enter into the Settlement Agreement as provided in Section IX thereof, in their sovereign capacity and as parens patriae on behalf of all natural person citizens of such Plaintiff States who have purchased Reebok Products during the period of the alleged conspiracy (January 1, 1990 to and including December 31, 1994);
f. "Resale Price" means any price, price floor, price ceiling, price range, or any markup formula, or margin of profit used by any Dealer for pricing any Reebok Products. Such term includes, but is not limited to, any suggested, established or customary resale price, as well as the retail price advertised, promoted or offered for sale by any Dealer.

III

APPLICABILITY
This Final Judgment and Consent Decree shall apply to the parties to this lawsuit.

IV

INJUNCTION
A. For a period of five (5) years from the date this Final Judgment and Consent Decree *549 is entered, Reebok will not enter into any contract, combination, conspiracy, agreement or arrangement with any Dealer to fix, lower, raise, peg, maintain or stabilize the Retail Prices at which Reebok Products are advertised and sold to end-user consumers.
B. For a period of five (5) years from the date this Final Judgment and Consent Decree is entered, Reebok will not terminate, suspend or fail to fill orders of any Dealer of Reebok Products or reduce the supply of or discriminate in delivery, credit or other terms provided to any Dealer of Reebok Products in order to secure or attempt to secure any commitment or assurance from any Dealer, or to coerce said Dealer, to adhere to any of Reebok's suggested retail pricing policies for Reebok Products. Notwithstanding the foregoing, Reebok retains the right to terminate unilaterally any Dealer for lawful business reasons that are not inconsistent with this or any other paragraph of this Final Judgment and Consent Decree.
C. Within thirty (30) days after the date the Final Judgment and Consent Decree is entered, Reebok will send the letter affixed as Attachment B to the Settlement Agreement to all of its then current Dealers of Reebok Products.
D. For a period of five (5) years from the date this Judgment is entered, Reebok shall notify its Dealers of Reebok Products that it is their right to determine independently the prices at which they will advertise and sell Reebok Products to end-user consumers. Reebok shall provide this notice by affixing a notice of disclosure (the "Disclosure") to every list of suggested retail prices and minimum advertised prices for any Reebok Products printed subsequent to the date of entry of this Judgment and provided to Dealers. The Disclosure shall clearly and conspicuously state the following on any list, advertising, book catalogue or promotional material for Reebok Products where Defendant has suggested any Resale Price to any Dealer:
ALTHOUGH [REEBOK INTERNATIONAL LTD.] or [THE ROCKPORT COMPANY] MAY SUGGEST RESALE PRICES FOR PRODUCTS, RETAILERS ARE FREE TO DETERMINE ON THEIR OWN THE PRICES AT WHICH THEY WILL ADVERTISE AND SELL [REEBOK] OR [ROCKPORT] PRODUCTS.
E. This Final Judgment and Consent Decree shall not be construed in any way to limit the right of Reebok to preannounce or suggest to its Dealers or distributors retail prices for Reebok Products and to unilaterally refuse to deal with those who fail to comply or to engage in any other behavior that is otherwise permitted by federal and state antitrust laws. Accordingly, if a cooperative advertising program established and maintained by Reebok does not violate federal or state antitrust laws, it will not constitute a violation of the injunctive provisions herein.
F. The Plaintiff States, and all natural person citizens residing in those States who purchased Reebok Products during the period January 1, 1990  December 31, 1994 (except citizens who have timely and properly requested exclusion) are permanently barred and enjoined from prosecuting against Reebok, Rockport, their affiliates, parents, subsidiaries, divisions and other organizational units of any kind, and their present and former directors, officers, employees, agents, representatives and other persons acting on their behalf, successors and assigns, and against the John Doe defendants or any other Dealer not named as a defendant, any of the claims foreclosed or released in accordance with the Settlement Agreement, including any claim regarding the conduct alleged in the complaint.

V

COMPLIANCE
For purposes of determining and securing compliance with this Final Judgment and Consent Decree, duly authorized representatives of the Plaintiff States shall be permitted upon thirty (30) days prior written notice:
a. Reasonable access during normal office hours to any and all relevant and non-privileged records and documents in the possession, custody, or control of Defendant which relate to any of the matters contained herein or in the Settlement Agreement.
*550 b. Subject to the reasonable convenience of Defendant to conduct interviews of any of the directors, officers, employees, agents, and any other persons acting on their behalf, each of whom may have counsel present, relating to any non-privileged matter contained herein or in the Settlement Agreement.
c. Defendant retains the right to object to any request under paragraphs (a) or (b) above within ten (10) days after its receipt on the grounds that the request is not reasonable, or not relevant to the matters contained herein or in the Settlement Agreement, or otherwise is not in accordance with law. Any such objection shall be directed to this Court for a ruling, with service by mail of the objection upon the State of New York.
d. The violation of any of the terms of Paragraph IV(A) of this Final Judgment and Consent Decree shall constitute a violation of federal and state antitrust laws for which civil remedies may be sought by the New York State Attorney General or the Attorney General of the State in which the violation occurred pursuant to 15 U.S.C. §§ 1, 15, 15c and 26 and relevant state antitrust law upon application to this Court.
e. If the Attorney General of any Plaintiff State determines that Defendant has violated the terms of Section IV of this Final Judgment and Consent Decree, he shall give Defendant written notice of the violation and Defendant shall have fifteen (15) working days to respond in writing. If the State is not satisfied with Defendant's response, it shall notify Defendant in writing and Defendant shall have fifteen (15) working days to cure such non-compliance. If after such time Defendant has not cured the violation to the State's satisfaction, the State may seek penalties for contempt for violation of any paragraph of this Final Judgment and Consent Decree and with respect to alleged violations of Section IV(A) may seek the civil remedies referred to in Section V(d).

VI

JURISDICTION RETAINED
Without affecting the finality of this Final Judgment, jurisdiction shall be retained by this Court for the purpose of enabling any party hereto to apply for such further orders and directions as may be necessary or appropriate for the construction or enforcement of this Final Judgment and Consent Decree, the ruling upon any objection made pursuant to Section V, the modification of any of the provisions hereto to the extent such modification is permitted, and the remedy of a violation of any of the provisions contained herein. This Court shall have the authority to specifically enforce the provisions of this Final Judgment and Consent Decree.

VII
On the fifth anniversary date of this Final Judgment and Consent Decree, said Final Judgment and Consent Decree shall automatically terminate without any action by either party or the Court.
So ordered.
NOTES
[1] In this case, the Court approved publication notice to the class, as the parens patriae statute permits. See 15 U.S.C. § 15c(b)(1) (providing that notice by publication is appropriate in parens patriae actions); see also State of New York and Maryland et al. v. Nintendo of America, Inc., No. 91-2498, 1991 WL 148830, at *3-*4 (S.D.N.Y. July 31, 1991) and cases cited therein. This was plainly the best notice practicable under the circumstances given the enormous number of potential class numbers who had purchased products, the lack of warranty cards to identify customers, and the high costs of individual notice. Even the costs of newspaper notice were very high. Notice by publication commenced on July 9, 1995. The published notice was reasonable notice to the class consistent with due process. Notice of the Settlement Agreement was published in newspapers circulated in each Plaintiff State. The size of the newspaper notices was 3 columns by 8 inches of display advertising, appearing once in the Sunday edition of each newspaper agreed upon by the parties, or if there was no Sunday edition, once during the week of July 9, 1995. Notices appeared in a total of 808 newspapers at a total cost of $875,571.35. The notices instructed consumers that they could write to the Settlement Trustee for more information regarding the terms of the Settlement.
[2] 15 U.S.C. § 15e provides:

Monetary relief recovered in an action under 15c(a)(1) of this title shall 
(1) be distributed in such manner as the district court in its discretion may authorize; or
(2) be deemed a civil penalty by the court and deposited with the State as general revenues;
subject in either case to the requirement that any distribution procedure adopted afford each person a reasonable opportunity to secure his appropriate portion of the net monetary relief.
The distribution procedure in this case satisfies the requirements of § 15e. In the very similar circumstances of the Dairylea distribution, the court found that the distribution procedure satisfied the statute because any distribution procedure per person or per household would be so small that it would be consumed by administrative costs. There was thus no realistic distribution procedure that afforded anyone a reasonable opportunity to secure an appropriate portion. The procedure here, which provides a public benefit directed at those most likely to use the affected products, is the most reasonable distribution procedure to provide a realistic benefit for the class.
[3] The attorneys for the plaintiffs in the Alabama, New York, and Georgia actions also complain about the adequacy of the notice to the class to advise consumers about the possibility of optouts and the date of the settlement hearing. As explained above in note 1, the notice was in fact fair and adequate and was the best notice practicable in the circumstances of this case.